USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

EXHIBIT B

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

OCT 2 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
JOHN JOHNSON,

                Plaintiff,

      - against -

ABBOTT HOUSE,

                Defendants.
------------------------------------------------------x

Index No. 05cv7980 (GBD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, no party herein is an infant or incompetent person for whom a committee has been appointed, or conservatee; and

WHEREAS, there is no person not a party who has any interest in the subject matter of this action; it is hereby

STIPULATED AND AGREED, by and between the undersigned, counsel for all the parties herein, that:

(1) All claims presented in the Complaint herein are dismissed with prejudice.

(2) Each party shall bear his, her or its own attorneys' fees, costs and disbursements.

New York, New York
Dated: July 30, 2007

AKIN & SMITH, LLC

By: _____

TRAUB EGLIN LIEBERMAN STRAUS LLP

By: _____

1

Derek T. Smith  
305 Broadway, Suite 1101  
New York, New York 10007  
(212) 587-0760  
Attorney for Plaintiff

Daniel G. Ecker  
7 Skyline Drive  
Hawthorne, New York 10532  
(914) 347-2600  
Attorney for Defendant